DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475




UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
SHAHLA A. ZADFAR

Chapter 13
Case No. 07-3-0090 SFC13

NOTICE OF UNCLAIMED
CHAPTER 13 CREDITOR
PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $0.61 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 013 | CLERK OF THE COURT FOR LEWIS MILLER CORP;YELLOW PAGES P O BOX 15205 SACRAMENTO, CA 95851-0205 | $.61 |

Dated:    August 4, 2010

_____
CECILIA MARCELO
Receipts Administrator